EDWARD A. MESICK, JR., an Infant, by His Guardian ad Litem, EDWARD A. MESICK, et al., Respondents, v. IRWIN S. POLK et al., Doing Business under the Name of "POLK'S MODEL CRAFT HOBBIES", Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Does the complaint state a cause of action against the appealing defendants? Present — Lewis, P. J., Hagarty, Adel, Aldrich and Nolan, JJ. [See ante, p. 900.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES F. DARLINGTON et al., Respondents-Appellants, against JOSEPH E. MERRIAM et al., Constituting the Board of Assessors of the Town of Bedford, et al., Appellants-Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES F. DARLINGTON et al., Respondents-Appellants, against JOSEPH E. MERRIAM et al., Constituting the Board of Assessors of the Town of Bedford, et al., Appellants-Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Adel, Aldrich and Nolan, JJ. [See ante, p. 822.]

HELEN SMITH et al., Respondents-Appellants, v. CITY OF NEW YORK, Appellant-Respondent.— Motion for reargument granted and appeal set down for argument on May 29, 1946. Present — Lewis, P. J., Hagarty, Adel, Aldrich and Nolan, JJ. [See ante, p. 905.]